1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DANIEL ZAHEER, State Bar #237118
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3822
6  Facsimile:     (415) 554-3837
   E-Mail:        daniel.zaheer@sfgov.org
7

8  Attorneys for Defendant
   SHERIFF DEPUTY MATTIE SPIRES
9  (erroneously sued as "IRIS SPIRES")

***E-FILED 4/4/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAWRENCE E. DASH, | Case No. C06-6241 |
|---|---|
| Plaintiff, | [xxxxxxxxxxx] **ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTION** |
| vs. | |
| SHERIFF DEPUTY IRIS SPIRES, | Trial Date:       None set |
| Defendant. | |

GOOD CAUSE APPEARING, defendant's motion to enlarge time to file a dispositive motion is GRANTED. Defendant shall file a dispositive motion no later than June 3, 2008.

IT IS SO ORDERED.

Dated: April 4, 2008

/s/ Ronald M. Whyte
HON. RONALD M. WHYTE
Judge of the United States District Court

[xxxxxxxxxx] ORDER GRANTING CCSF'S MOTION TO ENLARGE; CASE No. C06-6241     1     n:\lit\li2008\081015\00473957.doc