1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | DANIEL ZAHEER, State Bar #237118
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Sixth Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3822
6 | Facsimile:     (415) 554-3837
E-Mail:         daniel.zaheer@sfgov.org

Attorneys for Defendant
SHERIFF DEPUTY MATTIE SPIRES
(erroneously sued as "IRIS SPIRES")

*E-FILED - 6/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAWRENCE E. DASH, | Case No. C06-6241 (RMW) |
|---|---|
| Plaintiff, | **[] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT C OF THE DECLARATION OF DANIEL ZAHEER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| SHERIFF DEPUTY IRIS SPIRES, | |
| Defendant. | |
| | Hearing Date:   None |
| | Judge:          Hon. R. Whyte |
| | Date Action Filed:   October 3, 2006 |
| | Trial Date:          None set |

**[] ORDER**

The administrative motion to file documents under seal is GRANTED.  Defendants may file the following item under seal:

(1) **EXHIBIT C TO THE DECLARATION OF DANIEL ZAHEER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT.**

IT IS SO ORDERED.

Dated:  6/23/08

By: *Ronald M. Whyte*
Hon. Ronald Whyte
United States District Judge