***E-FILED - 1/15/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE E. DASH, | ) | No. C 06-6241 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SHERIFF DEPUTY IRIS SPIRES, | ) | |
| Defendant. | ) | |

The court has granted defendant's motion to dismiss. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/13/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\CR.06\Dash241jud.wpd           1